FILED

05/18/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 18-0433

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 18-0433

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

NATHAN MAHSEELAH,

      Defendant and Appellant.

# GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until June 29, 2020, to prepare, file, and serve the Appellant's reply brief.

No further extensions will be granted.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
May 18 2020